UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| PATRIOT EXPLORATION, LLC, ET. AL, : | |
| : | |
| Plaintiffs, : | CIVIL ACTION NO.: |
| v. : | 3:11-CV-01234 (AWT) |
| : | |
| SANDRIDGE ENERGY, INC., ET. AL, : | |
| : | |
| : | January 30, 2015 |
| Defendants. | |

**CONSENT MOTION TO ADJOURN STATUS CONFERENCE**

Defendants SandRidge Energy, Inc. ("SandRidge"), SandRidge Exploration and Production, LLC, Tom Ward, Matthew K. Grubb, Rodney E. Johnson, Everett R. Dobson, William A. Gilliland, Daniel W. Jordan, Roy T. Oliver, Jr., and Jeffrey S. Serota (collectively, "Defendants"), by their undersigned counsel, respectfully request an adjournment of the status conference currently set for February 6, 2015 at 2:00 p.m. before PJO James R. Hawkins II. In support of their motion, Defendants state as follows.

1. On January 15, 2015, Defendants' Counsel received a notice from the Court that a status conference had been scheduled for February 6, 2015, in Hartford, Connecticut.

2. Plaintiffs and Defendants have agreed in principle to resolve the above-captioned case without further litigation. Plaintiffs and Defendants are working out the details of their agreement, and they do not expect any further litigation in this matter.

3. Defendants accordingly request that the status conference be adjourned indefinitely.

    4.  Defendants and Plaintiffs intend and expect to finalize their agreement, and they will promptly notify the Court if they are unable to do so, so that the status conference can be rescheduled.

    5.  Plaintiffs' counsel does not oppose an adjournment of the status conference.

    Accordingly, Defendants respectfully request that the status conference be adjourned.

            Respectfully Submitted,

        By: __/s/ David J. Elliott____
           David J. Elliott (ct04301)
           Kaitlin A. Canty (ct29074)
           DAY PITNEY LLP
           242 Trumbull Street
           Hartford, CT 06103
           Tel:  (860) 275-0100
           Fax: (860) 275-0343
           djelliott@daypitney.com
           kcanty@daypitney.com

           *Attorneys for Defendants*

           C. William Phillips (ct10764)
           COVINGTON & BURLING LLP
           The New York Times Building
           620 Eighth Avenue
           New York, New York  10018-1405
           Tel:  (212) 841-1000
           Fax: (212) 841-1010
           cphillips@cov.com

           *Attorneys for Defendants*

## **CERTIFICATION**

      I hereby certify that on this date a copy of the foregoing **Consent Motion to Adjourn Status Conference** was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing was sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's system.

                                        /s/ David J. Elliott
                                           David J. Elliott