**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| PATRIOT EXPLORATION, LLC; JONATHAN FELDMAN; REDWING DRILLING PARTNERS; MAPLELEAF DRILLING PARTNERS; AVALANCHE DRILLING PARTNERS; PENGUIN DRILLING PARTNERS; and GRAMAX INSURANCE COMPANY LTD.<br><br>*Plaintiffs*<br><br>v.<br><br>SANDRIDGE ENERGY, INC.; SANDRIDGE EXPLORATION AND PRODUCTION, LLC; TOM L. WARD; MATTHEW K. GRUBB; RODNEY E. JOHNSON; EVERETT R. DOBSON; WILLIAM A. GILLILAND; DANIEL W. JORDAN; ROY T. OLIVER, JR.; JEFFREY S. SEROTA<br><br>*Defendants* | Case No.: 3:11-cv-01234-AWT |

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

IT IS HEREBY STIPULATED AND AGREED by and between the parties that the above-captioned action is voluntarily dismissed, with prejudice against the defendants Sandridge Energy, Inc; Sandridge Exploration and Production, LLC; Tom L. Ward; Matthew K. Grubb; Rodney E. Johnson; Everett R. Dobson; William A. Gilliland; Daniel W. Jordan; Roy T. Oliver, Jr; and Jeffrey S. Serota pursuant to the Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party to bear its own costs, attorney fees and expenses.

Dated: September 18, 2015

By: */s/ Joseph W. Martini*
    Joseph W. Martini (ct07225)
    WIGGIN & DANA LLP
    Two Stamford Plaza
    281 Tresser Boulevard
    Stamford, Connecticut 06901
    (203) 363-7603

    Keith M. Fleischman
    Ananda N. Chaudhuri
    FLEISCHMAN LAW FIRM PLLC
    565 Fifth Avenue, Seventh Floor
    New York, New York 10017
    (212) 880-9571

    *Attorneys for Plaintiffs*

By: */s/ David J. Elliot*
    David J. Elliott (ct04301)
    DAY PITNEY LLP
    242 Trumbull Street
    Hartford, CT 06103
    (860) 275-0100

    C. William Phillips (ct10764)
    COVINGTON & BURLING LLP
    The New York Times Building
    620 Eighth Avenue
    New York, New York 10018-1405
    (212) 841-1000

    *Attorneys for Defendants*